**DISMISS and Opinion Filed August 31, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-00792-CV**
_____

**IN RE ROGER ALLRED, DERIVATIVELY ON BEHALF OF WEST CANYON CREEK GP, INC. AND WEST CANYON CREEK PROPERTIES, LTD, Relators**

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-21-1505**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Partida-Kipness

In their August 11, 2023 petition for writ of mandamus, relators seek relief from the trial court's order granting a motion to expunge lis pendens. Now before the Court is relators' August 31, 2023 unopposed motion to dismiss. In their motion, relators state that they have reached an agreement on the issue presented and no longer wish to pursue their mandamus petition or motion to stay.

Accordingly, we grant the motion, and we dismiss this original proceeding. We also deny as moot relators' motion to stay.


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE


230972F.P05